# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**JOHN O. BLANK,**

    **Plaintiff,**

**v.**                                             **Case No.  8:07-cv-1695-T-30TBM**

**J & D WELDING, INC.,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

The Court has been advised via the Report Regarding Settlement Conference Pursuant to Order of the Court Dated December 6, 2007 (Dkt. #13) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on February 14, 2008.

                                                                      JAMES S. MOODY, JR.
                                                                      UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2007\07-cv-1695.dismissal 13.wpd